# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

JUDON ROPER,                              )
                                         )
    Plaintiff,                    )
                                         )
v.                                       )        Case No. 05-cv-02087
                                         )
UNITED PARCEL SERVICE, INC.,             )
                                         )
    Defendant.                    )

---

## SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held in this case on Thursday, May 19, 2005. Present for the conference were James E. King, Jr., counsel for Plaintiff, and Marcus M. Crider, counsel for Defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOURES PURSUANT TO FED. R. CIV. P. 26 (a)(1): **June 2, 2005**

JOINING PARTIES: **July 19, 2005**

AMENDING PLEADINGS: **July 19, 2005**

INITIAL MOTIONS TO DISMISS: **August 19, 2005**

COMPLETING ALL DISCOVERY: **December 19, 2005**

    (a)    DOCUMENT PRODUCTION: **December 19, 2005**

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: **December 19, 2005**

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

1111674.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05



    (1)   DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: **October 18, 2005**

    (2)   DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: **November 18, 2005**

    (3)   EXPERT WITNESS DEPOSITIONS: **December 19, 2005**

FILING DISPOSITIVE MOTIONS: **January 19, 2006**

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, request for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted b the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 3 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, and 60, shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

1111674.1

IT IS SO ORDERED.

Tu M. Pham
United States Magistrate Judge

APPROVED FOR ENTRY:

Waverly D. Crenshaw, Jr.
Marcus M. Crider
WALLER LANSDEN DORTCH & DAVIS, PLLC
511 Union Street, Suite 2700
P. O. Box 198966
Nashville, TN 37219-8966
615-244-6380

*Attorneys for United Parcel Service, Inc.*

James E. King, Jr. by Marcus Crider, with permission
James E. King, Jr.
Bradley W. Eskins
ESKINS, KING & SEVIER, P.C.
50 North Front Street
Suite 1170
Memphis, TN 38103

*Attorneys for Plaintiff Judon Roper*

1111674.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Proposed Scheduling Order in the referenced matter has been served via facsimile (to (901)578-8690) and United States First Class Mail, postage prepaid and properly addressed to the following:

> James E. King, Jr.
> Bradley W. Eskins
> Eskins, King & Sevier, P.C.
> 50 North Front Street
> Suite 1170
> Memphis, TN 38103

This the 16th day of May, 2005.



1111674.1

4

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02087 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Marcus M. Crider
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT