# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JUDON ROPER,

    Plaintiff,

v.                                         CASE NO.: 05-2087 D/P

UNITED PARCEL SERVICE, INC.,

    Defendant.

---

## MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure, Rule 16(a), 16(e), Local Rule 7.2 and Local Rule 16.1(b), the parties move this Court for an Order Modifying the Scheduling Order. For grounds, counsel for the Plaintiff would state that due to scheduling conflicts, the Plaintiff could not complete the required disclosures.

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully requests that this Court modify its Scheduling Order to allow Plaintiff up to and including November 20, 2005 to make his Rule 26 expert disclosure and to modify its Scheduling Order to allow the Defendants up to and including December 20, 2005 to make its Rule 26 expert disclosures.

**MOTION GRANTED**

DATE: 10-19-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

Respectfully submitted,

**ESKINS, KING & SEVIER, PC**

BY: _____
BRADLEY W. ESKINS (#19372)
JAMES E. KING, JR. (#21219)
50 North Front Street, Suite 770
Memphis, Tennessee 38103
901-578-6902

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by the U.S. Postal Service, postage prepaid this the ___ day of October 2005.

Marcus Crider, Esq.
Waller Lansden Dortch & Davis, PLLC
Nashville City Center
511 Union Streetm Suite 2700
Post Office Box 198966
Nashville, TN 38219-8966

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02087 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Marcus M. Crider
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Bernice Donald
US DISTRICT COURT