IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JUDON ROPER,

    Plaintiff,

v.                                                                          CASE NO.: 05-2087 D/P

UNITED PARCEL SERVICE, INC.,

    Defendant.

## JOINT MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure, Rule 16(a), 16(e), Local Rule 7.2 and Local Rule 16.1(b), the parties move this Court for an Order Modifying the Scheduling Order. For grounds, counsel for the Plaintiff would state that due to scheduling conflicts, the parties cannot complete the required discovery by the time frame originally agreed upon

WHEREFORE PREMISES CONSIDERED, the parties respectfully request that this Court modify its Scheduling Order as follows:

COMPLETING ALL DISCOVERY: No later than March 30, 2006.

    (a)    DOCUMENT PRODUCTION: No later than March 30, 2006.

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUEST FOR ADMISSIONS: No later than March 20, 2006.

    (c)    EXPERT WITNESS DISCLOSURE: (RULE 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: No later than February 21, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _11/21/05_

**MOTION GRANTED**
DATE: 11-17-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: No later than April 21, 2006.

(3) EXPERT WITNESS DEPOSITIONS: No later than March 30, 2006.

FILING DISPOSITIVE MOTIONS: No later than April 19, 2006.

Respectfully submitted,

**ESKINS, KING & SEVIER, PC**

BY: _____
BRADLEY W. ESKINS (#19372)
JAMES E. KING, JR. (#21219)
50 North Front Street, Suite 770
Memphis, Tennessee 38103
901-578-6902

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by the U.S. Postal Service, postage prepaid this the __17__ day of November 2005.

Marcus Crider, Esq.
Waller Lansden Dortch & Davis, PLLC
Nashville City Center
511 Union Streetm Suite 2700
Post Office Box 198966
Nashville, TN 38219-8966

_____

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02087 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Waverly D. Crenshaw
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Marcus M. Crider
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Bernice Donald
US DISTRICT COURT