IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JUDON ROPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC., )<br>)<br>Defendant. )<br>) | Case No. 05-2087-D/P<br>Judge Donald<br>Magistrate Judge Pham |

## ORDER ON JOINT MOTION TO RE-SET TRIAL DATE

Now comes on for consideration the above-captioned matter and the parties' Joint Motion to Re-Set Trial Date. For good cause shown therein, the Court finds that such Motion should be, and it is hereby, GRANTED. An appropriate Notice of Re-setting will be issued.

/S/ Judge Benice Bouie Donald
United States District Court

1-12-2006

1175819.1